IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

IN Re: EDWARD JESSE DREYFUSE,
　　Plaintiff,

V.

　　　　　　　　　　　　　　　　　　　　3:18-cv-00454

MICHAEL B. STUART, United States Attorney,
　　Respondent,

## PETITION FOR WRIT OF MANDAMUS

Comes your Plaintiff, Edward Jesse Dreyfuse, Pro-se, Moving This Honorable Court by Petition for Writ of Mandamus pursuant to 28 U.S.C.S. § 1361, an Action To Compel an Officer of The United States To perform his Duty, Specifically To Compel U.S. Attorney Michael B. Stuart to cause an Investigation And To Prosecute Christopher Chiles, Sean Hammers, Ryan Bentley And Raymond Nolan pursuant To 28 U.S.C.S. § 547(1) For The Criminal felony offenses Detailed in The Verified Criminal Complaint - EXHIBIT-A included Respectfully with a supporting Appendix.

## JURISDICTION

The District Courts Shall have original Jurisdiction of Any Action of Mandamus to compel an Officer of The United States To perform A Duty owed The Plaintiff.

A-1

## SUMMARY OF ARGUMENT

The Respondent has an official duty to cause an investigation and to prosecute the criminal offenders named herein and also within EXHIBIT-A, a verified criminal complaint as; 28 U.S.C.S. § 547, United States Attorney's Duties; Except as otherwise provided by law, each United States Attorney, within his District, shall --
(1) Prosecute for all offenses against the United States; further still, 28 U.S.C.S. § 544, United States Attorney's oath of office holds, Each United States Attorney, Assistant United States Attorney, and attorney appointed under section 543 of this title, before taking office, shall take an oath to execute faithfully his duties.

Accordingly, it is the duty of the United States Attorney, Michael B. Stuart to execute faithfully his duties, and pursuant to 28 U.S.C.S. § 547(1) his duty is to prosecute for all offenses against the United States.

## STATEMENT OF THE CASE

Christopher D. Chiles under the assistance of Sean Hammers did knowingly, willfully, fraudulently and under a conspiracy while acting under the color of law did suborn and present perjured, false, fabricated, fraudulent testimony of material evidence so as to cause an intentional deprivation

A-2

of your Plaintiff's Constitutional and Civil Rights Specifically The Rights of Due Process of law As held in The Fifth Amendment of The U.S. Constitution, And The Rights of Equal Protection of The laws under The Fourteenth Amendment of The U.S. Constitution.

It is without question That The Plaintiff's Constitutional Rights were intentionally deprived by Christopher D. Chiles, Sean Hammers And Ryan Bentley under A scheme and Artifice while Acting under The Color of law did commit Fraud upon The Court so As to insure That The Plaintiff was Deprived The Constitutional Rights of Due Process And Equal Protection of law As is detailed And described within The Verified Criminal Complaint included As EXHIBIT-A.

18 U.S.C.S. § 242 Deprivation of Rights under color of law holds in Pertinent Part; "Whoever, under color of any law, statute, ordinance, regulation or custom, willfully subjects any inhabitant of any state... To The Deprivation of Any Rights, Privileges, or immunities secured or protected under The Constitution or laws of The United States Shall be fined not more Than $1,000.00 or imprisoned not more Than 1 year, or Both.

A-3

18 U.S.C.S. § 241 Conspiracy Against Rights holds in pertinent part, "If two or more people conspire to injure, oppress, threaten, or intimidate any citizen in the free exercize or enjoyment of any right or privilege secured to him by the constitution or laws of the United States, or because of his having exercised the same... They shall be fined not more than $10,000.00 or imprisoned not more than 10 years or both.

18 U.S.C.S. § 1621, Perjury, generally Whoever --
(1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe true, is guilty of perjury and shall be fined under this title or imprisoned not more than five years, or both.

18 U.S.C.S. § 1622 Subornation of Perjury, Whoever, procures another to commit any perjury is guilty of perjury, and shall be fined under this title or imprisoned not more than five years, or both.

A-4

In any Prosecution under this section, the falsity of a Declaration set forth in the indictment or information shall be established sufficient for conviction by proof that the Defendant while under oath made irreconcilably contradictory declarations material to the point in question in any proceedings before or ancillary to any court or Grand Jury.

As the afore described criminal offenses are detailed and supported by actual records included in EXHIBIT-A, there is a prima facie showing that Christopher Chiles, Sean Hammers and Ryan Bentley have committed numerous criminal offenses against the United States and the Plaintiff herein as are presented for review and action respectfully.

For inclusion, Raymond A. Nolan, being fully aware and in possession of actual evidence of the criminal offenses, civil and constitutional rights violations that were committed by Christopher Chiles, Sean Hammers and Ryan Bentley, and has REFUSED TO Report the criminal activities and official misconduct as detailed in EXHIBIT-A, which is a clear violation of 18 U.S.C.S. § 4, misprision of felony.

A-5

## CONCLUSION / RELIEF SOUGHT

Plaintiff, Edward Jesse Dreyfuse respectfully moves this Honorable Court to issue the writ of mandamus presented pursuant to 28 U.S.C.S. § 1361 to compel U.S. Attorney Michael B. Stuart to cause an investigation and to prosecute Christopher Chiles, Sean Hammers, Ryan Bentley and Raymond Nolan pursuant to 28 U.S.C.S. § 547(1) for the commission of the offenses detailed in EXHIBIT-A, and to cause any additional charges to be brought forth as are deemed appropriate.

Pursuant to 28 U.S.C. § 1746 I declare under the penalty of perjury that the foregoing is true and correct.

Edward Jesse Dreyfuse

Executed on 3/15/2018.

A-6

CERTIFICATE OF SERVICE

I, Edward Jesse Dreyfuse Affirm That I have served a Petition for Writ of Mandamus, Financial Application to Proceed, Civil Cover Sheet and Exhibit-A, A Verified Criminal Complaint with Appendix of Medical Records Upon The U.S. District Court Clerk at Rm 101, 845 Fifth Ave, Huntington WV 25701, And I have served U.S. Attorney Michael B. Stuart a copy of the Petition for Writ of Mandamus, Exhibit-A Verified Criminal Complaint And Appendix at the Address of Rm 209, 845 Fifth Ave, Huntington, WV 25701 And All Service is by U.S. Mail on the below Affirmed Date.

I declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C.S. § 1746,

Edward Jesse Dreyfuse

Executed on 3/18/2018.

E-1

Clerk Philyaw,

Please find the following:
- Certificate of Service; Pg. E-1
- Civil Cover Sheet; Pg. E-2
- Paupers Affidavit; / §1915 Application Pg. E-3
- Affidavit of no Available Remedies; Pg. E-4
- Petition for Writ of Mandamus; Pg. A-1 to A-6
- Exibit-A - Verified Criminal Complaint;
- Attached Appendix of medical Records.

Please file such and add to The Courts Docket, also please provide me acknowledgement of your reciept and the filing of the above.

I Thank you for your Time and Service in This matter,

Edward Jesse Rybus

Edward Jess Dreyfuse #3534873
112 N.R.C. Dr.
Moundsville WV 26041

Northern Regional Jail
And Correctional Facility

U.S. District Court Clerk
Clerk Philyaw
Huntington Division
Sydney L. Christie Federal Bldg -
845 Fifth Ave
Huntington WV
25701

