VERIFIED CRIMINAL COMPLAINT

I, Edward Jesse Dreyfuse do swear and affirm that the following is true and correct to the best of my knowledge pursuant to 18 U.S.C.S. § 1746 on this ___ day of March, 2018, Edward Jesse Dreyfuse.

Christopher D. Chiles, A Prosecuting Attorney and Sean Hammers, an Assistant Prosecutor did knowingly, willingly and under a conspiracy against rights pursuant to 18 U.S.C.S. § 241 did injure and oppress Edward Jesse Dreyfuse, a natural U.S. citizen in the free exercise or enjoyment of rights and privileges secured to him by the U.S. Constitution and the laws of the United States as Christopher D. Chiles, Sean Hammers and Ryan Bentley, under the color of law, did knowingly and willfully subject Edward Jesse Dreyfuse, an inhabitant of the State of West Virginia the deprivation of rights, privileges and immunities secured and protected by the U.S. Constitution and laws of the United States including the Fourth, Fifth and Fourteenth Amendments, numerous federal criminal statutes and analogous state statutes in violation of 18 U.S.C.S. § 242 as follows;

1 – EXHIBIT – A

COMPLAINT CONTINUED

Christopher D. Chiles, a Prosecuting Attorney and Sean Hammers, an Assistant Prosecutor, did knowingly and willingly and under a conspiracy to Deprive Edward Jesse Dreyfuse the Constitutional Rights of Equal Protection and Due process of law, Did procure the Subornation of Perjured Testimony of Ryan Bentley, a Huntington Police Officer, who did knowingly and willfully give fraudulent, felonious and intentionally false Fabricated Testimony of Evidence and material matters Before a Grand Jury in Cabell County West Virginia, U.S.A. on June 19th, 2012, so as to willfully Deprive Edward Jesse Dreyfuse the rights, Privileges and immunities secured and Protected by The Fourth, Fifth and Fourteenth Amendments of the United States Constitution of Probable cause, Equal Protection and Due Process of Law, TO WIT:

Commencing at 2:05 P.m. Before a Grand Jury in Cabell County West Virginia, U.S.A., Christopher D. Chiles, a Prosecuting Attorney being Assisted by Sean Hammers, an Assistant Prosecutor, did knowingly, willingly, intentionally and feloniously

2 – EXHIBIT – A

induce, Procure And under A conspiracy Suborn The perjured Testimony of Ryan Bentley, A Huntington Police officer, A witness under oath and Affirment before A Grand Jury considering A felony Capital offense indictment, who being duly sworn, Deposed and gave False, Fraudulent, fabricated evidence of Testimony of material matters To The Grand Jury in The substance And To The effect following:

A) Christopher D. Chiles, A prosecuting Attorney under The Assistance of Sean Hammers, An Assistant Prosecutor, did in Bad Faith, Knowingly, Willingly And under A Conspiracy, intentionally And feloniously procure And induce And suborn The Perjured Testimony of Ryan Bentley before The Afore described session of The Grand Jury, Against The Peace and dignity of The State of West Virginia AND The United States of America in violation of §61-5-1B, And 18 U.S.C. §1622 Subornation of Perjury; §61-5-1A And 18 U.S.C. §1621 Perjury, 18 U.S.C.S. §241 Conspiracy Against Rights; And 18 U.S.C.S. §242 Deprivation of Rights Under Color of Law.

3 — EXHIBIT - A

(B) Wherein, Ryan Bentley, a witness under oath and affirmation before a Grand Jury, being induced and procured by Christopher D. Chiles under the assistance of Sean Hammers, did in bad faith, under a conspiracy, knowingly and willfully, fraudulently, falsely and feloniously provide the perjured testimony of evidence and material matters in the substance and to the effect following: "Mr. Dreyfuse obtained a black aluminum baseball bat and struck Mr. Clay about the face and head ... multiple times causing the following injuries ... multiple facial fractures and a major skull fracture that caused Mr. Clay to slip into a coma until he died as a result of the injuries" in which, according to all medical records and reports that were in each of Chris Chiles, Sean Hammers and Ryan Bentley's possession, BEFORE and DURING the Grand Jury proceedings, establishes that they all were fully aware and possessed the actual evidence that Mr. Clay NEVER recieved or suffered any types of facial fractures or major skull fracture, nor did Mr. Clay slip into a coma until he died from such NON-EXISTING INJURIES.

4 - EXHIBIT - A

As is supported by the inclusion of the attatched appendix of Mr. Clau's medical Records which were in Christopher Chiles, Sean Hammers and Ryan Bentley's possession as afore described.

Lastly, as Raymond A. Nolan who was appointed as counsel in a post-conviction Habeas Corpus proceeding to Edward Jesse Dreyfuse who has REFUSED to communicate, address, or to Raise the civil, constitutional violations as detailed and identified herein, Raymond A. Nolan, a person having knowledge and evidence in his possession of the actual commission of the felony offenses described that are cognizable by a court of the United States, has intentionally concealed such and REFUSES to make known the same to some Judge or Person of Authority under the United States thereby comitting the felony offense under 18 U.S.C.S. § 4, misprision of felony, and he stands complicit to the offenses comitted by Chris Chiles, Sean Hammers and Ryan Bentley.

END OF COMPLAINT

Ed  3/15/2018

5    EXHIBIT-A