IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

FILED
JUN 25 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

EDWARD JESSE DREYFUSE,
    Plaintiff,

vs.)           ACTION NO: 3:18-CV-00454

MICHAEL B. STUART, United States Attorney,
    Respondent,

## MOTION TO DISMISS

Comes your Pro-se Plaintiff, Edward Jesse Dreyfuse, presenting a Motion to Dismiss the instant action that was initiated against Michael Stuart, U.S. Attorney, the Respondent respectfully.

Plaintiff seeks the dismissal of the above styled action in its entirety and that the matter be removed from the Courts docket as Dismissed by motion of the Plaintiff being Granted.

_Ed Dreyfuse_      6/18/2018
                         DATE

I, Affirm by my signature above that such is true and correct pursuant to 28 U.S.C. 1746.

Clerk Rory Perry II,

Please file the enclosed motion to Dismiss as presented.

Thank-you

*[signature]*

Edward Jesse Dreyfuse
112 N.R.C. Dv.
Moundsville WV
26041

Edward Dreyfuse 3534873
Northern Correctional Facility
112 Northern Correctional Drive
Moundsville, WV 26041

Legal mail

Clerk Rory Perry II
United States District Court
Sidney L. Christie Federal Bldg.
845 Fifth Avenue,
Huntington WV, 25701

Northern Regional Jail
& Correctional Facility

PITTSBURGH PA 150
22 JUN 2015 PM 4 L